**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OGNIAN KAMENOV, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-0915 |
| v. | |
| HIGHWOOD USA, LLC | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

**NOW**, this 6th day of August, 2012, **IT IS HEREBY ORDERED** that Defendant Highwood USA, LLC's Motion for Summary Judgment (Doc. 11) is **GRANTED**.

The Clerk of Court is directed to mark the case as **CLOSED**.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge